1  Edward R. Hugo [Bar No. 124839]
   Bina Ghanaat [Bar No. 264826]
2  Robert J. Bugatto [Bar No. 209418]
   HUGO PARKER, LLP
3  90 New Montgomery St., Ste. 1010
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333
5  Email: service@HugoParker.com

6  Attorneys for Defendant
   FOSTER WHEELER LLC, erroneously sued as
7  JOHN WOOD GROUP PLC, as successor-by-merger
   to AMEC FOSTER WHEELER PLC, successor-in-interest
8  to FOSTER WHEELER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VERNON ARMSTRONG, | (ASBESTOS) |
| --- | --- |
| Plaintiff, | Case No.: 3:25-cv-00925-RFL |
| vs. | DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES |
| PARAMOUNT GLOBAL, et al., | |
| Defendants. | |
| | Date: May 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon Rita F. Lin |
| | Complaint filed: January 28, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 20, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 15 (18th Floor) of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant FOSTER WHEELER LLC, erroneously sued as JOHN WOOD GROUP PLC, as successor-by-merger to AMEC FOSTER WHEELER PLC, successor-in-interest to FOSTER WHEELER CORPORATION ("Foster Wheeler") will, and hereby does, move the Court for an Order:

1

DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES

HUGO PARKER, LLP
90 NEW MONTGOMERY
ST., SUITE 1010
San Francisco, CA 94105

1. Dismissing (pursuant to Fed. R. Civ. P., Rule 12(b)(6)) or striking (pursuant to Fed. R. Civ. P. Rule 12(f)) Plaintiff's claim for punitive damages from Plaintiff's operative Complaint ("Complaint"), Doc 1, on the grounds that non-pecuniary damages, including punitive damages, are unavailable under maritime law. *The Dutra Group v. Batterton*, 139 S. Ct. 2275 (2019); *Miles v. Apex Marine Corp.*, 498 U.S. 19 (1990); *Atlantic Sounding Co. v. Townsend*, 557 U.S. 404 (2009).

2. Striking paragraphs 51 through 54 of the Complaint and Plaintiff's prayer for relief, paragraph 3, seeking "punitive damages according to proof," pursuant to Fed. R. Civ. Proc., Rule 12(f) on the grounds that those paragraphs are comprised entirely of "immaterial" and "impertinent" allegations given the unavailability of punitive damages under maritime law.

This motion is brought pursuant to the Federal Rules of Civil Procedure, Rules 12(b)(6) and 12(f). Given that this motion presents a pure question of law, Foster Wheeler respectfully requests that its motion be granted without leave to amend. This motion is based on the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Edward R. Hugo and exhibits thereto, the pleadings on file, and such arguments and authorities as may be presented at or before a hearing on this matter.

Dated: April 8, 2025                HUGO PARKER, LLP

By:  /s/ *Edward R. Hugo*
Edward R. Hugo
Bina Ghanaat
Robert J. Bugatto
Attorneys for Defendant
FOSTER WHEELER LLC, erroneously sued as JOHN WOOD GROUP PLC, as successor-by-merger to AMEC FOSTER WHEELER PLC, successor-in-interest to FOSTER WHEELER CORPORATION

Hugo Parker, LLP
90 New Montgomery St., Suite 1010
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES