Edward R. Hugo [Bar No. 124839]
Bina Ghanaat [Bar No. 264826]
Robert J. Bugatto [Bar No. 209418]
HUGO PARKER, LLP
90 New Montgomery St., Ste. 1010
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@HugoParker.com

Attorneys for Defendant
FOSTER WHEELER LLC, erroneously sued as
JOHN WOOD GROUP PLC, as successor-by-merger
to AMEC FOSTER WHEELER PLC, successor-in-interest
to FOSTER WHEELER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON ARMSTRONG,<br><br>            Plaintiff,<br><br>   vs.<br><br><br>PARAMOUNT GLOBAL, et al.,<br><br>            Defendants. | (ASBESTOS)<br>Case No.: 3:25-cv-00925-RFL<br><br>DECLARATION OF EDWARD R. HUGO IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES<br><br>Date: May 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon Rita F. Lin<br><br>Complaint filed: January 28, 2025 |

I, Edward R. Hugo, declare as follows:

1.    I am an attorney licensed to practice before all the Courts of the State of California and the United States District Court for the Northern District of California and am a founding partner of the law firm of HUGO PARKER, LLP, attorneys of record for Defendant FOSTER WHEELER LLC, erroneously sued as JOHN WOOD GROUP PLC, as successor-by-merger to AMEC FOSTER WHEELER PLC, successor-in-interest to FOSTER WHEELER

1

DECLARATION OF EDWARD R. HUGO IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES

HUGO PARKER, LLP
90 NEW MONTGOMERY ST., SUITE 1010
San Francisco, CA 94105

CORPORATION ("Foster Wheeler"). The facts stated herein are true of my own personal knowledge. If called as a witness, I could and would competently testify to the same.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's operative complaint, Document 1, filed on January 28, 2025.

3. Attached as **Exhibit B** is a true and correct copy of "Order: (1) Granting in Part and Denying in Part Defendants' Omnibus Motion for Summary Judgment (Doc No. 105) and (2) Granting in Part and Denying in Part Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 111)," issued by the Honorable Anthony J. Battaglia, on May 7, 2021, in the matter of *Dale M. Spurlin and Mary Spurlin v. Air & Liquid Systems Corporation, et al.*, U.S.D.C., Southern District of California, Case No. 3:19-cv-02049-AJB-AHG.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Transcript of Trial Proceedings, Trial Day 4 (November 13, 2023), in *Rosa Dennis v. Foster Wheeler, et al.*, U.S.D.C., Central District of California, Case No. 2:19-cv-09343-GW-KS, the Honorable George H. Wu presiding: 807:25-809:18, 810:12-15.

5. Attached as **Exhibit D** is a true and correct copy of "Order Regarding the Parties' *Daubert* and Defendants' Summary Judgment Motions," issued by the Honorable Haywood S. Gilliam, Jr., on June 24, 2024, in the matter of *Michael R. Marcus, et al. v. Air & Liquid Systems Corporation, et al.*, U.S.D.C., Northern District of California, Case No. 22-cv-09058-HSG.

6. Attached as **Exhibit E** is a true and correct copy of "Order Granting in Part and Denying in Part Warren Pumps' and IMO's Motions for Summary Judgment; Granting Foster Wheeler's Motion for Summary Judgment as to Non-Pecuniary Damages; Granting in Part and Denying in Part Plaintiffs' Motions for Summary Judgment as to Affirmative Defenses; Denying Warren Pumps' *Daubert* Motions and Motion to Strike Orton's Testimony," issued by the Honorable Rita F. Lin, on September 26, 2024, in the matter of *Stephanie Smargisso, et al. v. Air & Liquid Systems Corporation, et al.*, U.S.D.C., Northern District of California, Case No. 23-cv-01414-RFL.

I declare under the penalty of perjury under the laws of the United States of America and

2

HUGO PARKER, LLP
90 NEW MONTGOMERY ST., SUITE 1010
San Francisco, CA 94105

DECLARATION OF EDWARD R. HUGO IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES

1  the State of California that the foregoing is true and correct. Executed on April 8, 2025, at Mill
2  Valley, California.

_____
EDWARD R. HUGO

HUGO PARKER, LLP
90 NEW MONTGOMERY
ST., SUITE 1010
San Francisco, CA 94105

3
DECLARATION OF EDWARD R. HUGO IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S MOTION TO DISMISS PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND/OR TO STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM AND STRIKE PARAGRAPHS 51 to 54 AND PARAGRAPH 3 IN THE PRAYER FOR PUNITIVE DAMAGES